UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIPT # _____
AMOUNT $ _N/A_
SUMMONS ISSUED _✓/_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _M_
DATE _3/12/04_

UNITED STATES OF AMERICA,          )
                                   )
    *Plaintiff,*                     )
                                   )
v.                                 )     Court No.
                                   )
                                   )
JAYNE E. FEHER,                    )
                                   )
    *Defendant.*                     )

MAGISTRATE JUDGE _Alexander_

## COMPLAINT

    The United States of America, by its attorney, Michael J. Sullivan, United States

Attorney for the District of Massachusetts, states as its complaint that:

    1.      Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

    2.      The defendant, Jayne E. Feher (hereinafter "Feher"), resides in the District of

Massachusetts at 6209 Stearns Hill Road , Waltham, MA 02541.

    3.      Feher is indebted to the United States in the principal amount of $4,911.48 plus

interest computed at the rate of 7.0 percent per annum for a total amount of $8,264.32 as of

March 10, 2004.  Thereafter, interest on the principal amount will accrue at the rate of 7.0

percent per annum until the date of judgment.  See Exhibit "A" attached hereto and incorporated

herein.

    4.      Feher has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against Feher in the principal amount of $4,911.48; plus interest in the amount of $3,352.84; plus interest on this principal at an annual rate of 7.0 percent per annum until the date of judgment. The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal rate until paid in full.

<div style="margin-left: 40%;">

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:    *Christopher R. Donato*

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3288

</div>

Dated: March *12*, 2004

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Jayne E. Feher
Aka: Jane E Leher
6209 Stearns Hill Road
Waltham, MA 02451
SSN: 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

I certify that Department of Education record (s) show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/10/04.

On or about 01/27/80, 09/04/80, 08/03/81 and 08/31/81 the borrower executed promissory note(s) to secure loan(s) of $625.00, $2,500.00, $1,200.00 and $3,000.00 from PEOPLE'S BANK at 7.00 percent interest per annum. This loan obligation was guaranteed by Connecticut Student Loan Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 08/25/84, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $7,325.00 the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 05/28/99, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4,911.48 |
| Interest: | $3,352.84 |
| Administrative/Collection Costs: | $0.00 |
| Late fees | $0.00 |
| Total debt as of 03/10/04: | $8,264.32 |

Interest accrues on the principal shown here at the rate of $0.93 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: ___03/10/04___     Name: Deloris Gorham
                                Title: Loan Analyst
                                Branch: Litigation



EXHIBIT
A