UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JAYNE E. FEHER, )<br>)<br>    Defendant. ) | Civil Action No. 04-10504-RWZ |

### UNITED STATES' MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter a default against the defendant, Jayne E. Feher (hereinafter "Feher"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1.  According to our office records, Feher is indebted to the United States for the principal amount of $4,911.48; plus $3,443.32 accrued interest at the rate of 7.0 percent; plus costs. The total balance as of June 17, 2004 is $8,354.80.

2.  The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes Feher's failure to plead to the complaint.

WHEREFORE, the United States moves this Court to enter a default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Feher for failing to plead to, or otherwise defend, the complaint in the above captioned action.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAELE J. SULLIVAN
United States Attorney

Dated: June 17, 2004        By:   /S/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3288

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a copy of the foregoing by mailing to Jayne E. Feher at 6209 Stearns Hill Road, Waltham, MA 02541.

/S/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney