UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Plaintiff,　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　 )　　Court No. 04-10504-RWZ<br>　　　　　　　　　　　　　　　　 )<br>JAYNE E. FEHER,　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　Defendant.　　　　 ) | |

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, moves this Court to enter judgment by default against the defendant, Jayne E. Feher (hereinafter "Feher"), for failing to plead to, or otherwise defend, the complaint for the above captioned action.

In support, the United States says:

1. According to our office records, Feher is indebted to the United States for the principal amount of $4,911.48; plus $3,461.17 accrued interest at the rate of 7.0 percent. The total balance as of July 6, 2004 was $8,372.65.

2. The submitted affidavit of Nancy M. Rojas, Paralegal for the United States Attorney's Office Financial Litigation Unit, Boston, Massachusetts, establishes that the United States is entitled to recover judgment on default.

WHEREFORE, the United States requests this Court to enter a default judgment against Feher in the sum of $8,372.65; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: July 7, 2004        By:  /S/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 7, 2004, I served a copy of the foregoing by mailing to Jayne E. Feher at 6209 Stearns Hill Road, Waltham, MA 02541.

        /S/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Court No. 04-10504-RWZ |
| ) | |
| JAYNE E. FEHER,     ) | |
| ) | |
| Defendant.     ) | |

**<u>JUDGMENT BY DEFAULT</u>**

The defendant, Jayne E. Feher, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and affidavits demonstrating that the defendant owes the plaintiff the sum of $8,372.65; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs, including a $150.00 filing fee pursuant to 28 U.S.C. § 1914, it is hereby

ORDERED, ADJUDGED, AND DECREED that the plaintiff, United States of America, recover from the defendant, Jayne E. Feher, the sum of $8,372.65; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 1914.

                                            Tony Anastas
                                            Clerk, United States District Court

                         By: _____
                                Deputy Clerk

Dated: