UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | |
|                                                          ) | |
|                    Plaintiff,                   ) | |
|                                                          ) | |
|          v.                                         )  | Court No. 04-10504-RWZ |
|                                                          ) | |
| JAYNE E. FEHER,                       ) | |
|                                                          ) | |
|                    Defendant.              ) | |

**UNITED STATES' MOTION FOR RECONSIDERATION
OF DEFAULT JUDGMENT**

Now comes the plaintiff, United States of America (hereinafter "United States"), respectfully requesting this Court to reconsider entery of judgment by default against the defendant, Jayne E. Feher (hereinafter "Feher").

In response to the ambiguity specified in the July 26, 2004 Memorandum of Decision, the United States makes the following claim:

1. On March 16, 2004, the U.S. Marshal asserted "no response" in its attempt to serve Feher.

2. On March 17, 2004 at approximately 1:45 p.m., the U.S. Marshal certified that personal service was made to Feher.

The United States affirms that under Rule 4(e) of the Federal Rules of Civil Procedure, Feher was properly served a copy of the summons and complaint by the U.S. Marshal on March 17, 2004.  See attached Exhibit "A."

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the United States

requests this Court reconsider entry of judgment by default against Feher in the sum of $8,372.65; plus interest from the date of judgment at the legal interest rate, computed daily and compounded annually until paid in full; plus costs for this action, including a $150.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: July 26, 2004        By:  /S/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, July 26, 2004, I served a copy of the foregoing by mailing to Jayne E. Feher at 6209 Stearns Hill Road, Waltham, MA 02541.

Dated: July 26, 2004        /S/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney