UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br> )<br>    v. )<br> )<br>JAYNE E. FEHER, )<br>         Defendant. ) | CIVIL NO. CA-04-10504-RWZ |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Jayne E. Feher, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL. J. SULLIVAN
United States Attorney

By:   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: September 18, 2007

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                                                                  Boston, MA

I hereby certify that on September 18, 2007, this document was filed through the ECF system and sent to Jayne E. Feher located in Milford, CT**,** electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

   /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney